UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jagoda Ison,<br><br>                    Plaintiff,<br>     v.<br><br>Delta Management Associates, Inc.; and DOES 1-10, inclusive,<br><br>                    Defendants. | Civil Action No.:  1:10-cv-11474-RGS |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: February 7, 2011

                                             Respectfully submitted,

                                             PLAINTIFF, Jagoda Ison

                                             /s/ Sergei Lemberg

                                             Sergei Lemberg, Esq.
                                             B.B.O. No.: 650671
                                             **LEMBERG & ASSOCIATES L.L.C.**
                                             1100 Summer Street, 3rd Floor
                                             Stamford, CT 06905
                                             Telephone: (203) 653-2250
                                             Facsimile:  (877) 795-3666
                                             slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 7, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By  /s/ Sergei Lemberg

                                              Sergei Lemberg